# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2008

137274

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES GRUBKA, LINDA GRUBKA,
ROY KERBS, JANET KERBS LIVING
TRUST U/D, JAMES McGOVERN,
ELAINE McGOVERN, and LUCAS
PENDER KOHLER,
       Plaintiffs/Counter
       Defendants-Appellants,

v

DAVID VAN DEUSEN and
GRETCHEN VAN DEUSEN,
       Defendants/Counter
       Plaintiffs-Appellees.

SC: 137274
COA: 276322
Barry CC: 05-000518-CK

_____/

On order of the Court, the application for leave to appeal the July 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk